[No. 45818-3-I. Division One. June 4, 2001.]

CLEAN WATER ALLIANCE, ET AL., *Appellants*, PAGE LOEB, ET AL., *Petitioners*, v. WHATCOM COUNTY, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Skagit County, No. 99-2-00618-9, Susan K. Cook, J., entered November 18, 1999. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Kennedy and Ellington, JJ.

[No. 46217-2-I. Division One. June 4, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. DUANE VITAL DEVALKENEER, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 99-1-02211-9, George N. Bowden, J., entered March 13, 2000. *Affirmed* by unpublished opinion per Webster, J., concurred in by Agid, C.J., and Appelwick, J.

[No. 46596-1-I. Division One. June 4, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. J.S., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 99-8-50206-1, James Bryan Street, J., entered April 17, 2000. *Affirmed* by unpublished per curiam opinion.

[No. 46728-0-I. Division One. June 4, 2001.]

*In the Matter of the Personal Restraint of* DARRIN RAND HUTCHINSON, SR., *Petitioner*.

Petition for relief from personal restraint. *Denied* by unpublished opinion per Cox, J., concurred in by Baker and Kennedy, JJ.